UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALEX DEE,<br><br>                Defendant. | Case No. MJ24-008<br><br>DETENTION ORDER |

Defendant Alex Dee is charged with conspiracy, 18 U.S.C. § 1349, four counts of wire fraud and aiding and abetting, 18 U.S.C. §§ 1343, 2, and forfeiture, in the District of Colorado. The Court held a detention hearing on January 10, 2024, pursuant to 18 U.S.C. § 3142(f), as incorporated in Fed. R. Crim. P. 5, and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.       The Government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2). The Court finds there is sufficient evidence that Defendant is a serious risk of flight due to his lack of ties to this jurisdiction, lack of ties to the originating jurisdiction, inconsistent answers regarding employment and

significant income, as well as strong family ties to a foreign country.

2. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Dee as required or ensure the safety of the community, pending his initial appearance in the District of Colorado.

IT IS THEREFORE ORDERED:

(1) Mr. Dee shall be detained pending initial appearance in the District of Colorado and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Dee shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Dee is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Dee, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 10th day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2